UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA TERRANOVA and THOMAS TERRANOVA,

Plaintiffs,

vs.

TOYOTA OF NEWBURGH and
TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants.

08 CV 01217

Civil Action No:

## DISCLOSURE OF CORPORATE AFFILIATIONS OF TOYOTA MOTOR SALES, U.S.A., INC.

Pursuant to Fed. R. Civ. P. 7.1, the Defendant, Toyota Motor Sales, U.S.A., Inc. ("TMS"), makes the following disclosure:

TMS identifies its parent companies or any publicly held company that owns 10% or more stock of Toyota Motor Sales, U.S.A., Inc. The underlined entities are publicly traded.

1. Toyota Motor North America, Inc.

2. <u>Toyota Motor Corporation</u>

DATED: Buffalo, New York
February 4, 2008

_____
Robert G. Scumaci, Esq. (RS5343)
**GIBSON, McASKILL & CROSBY**
Attorneys for Toyota Motor Sales, U.S.A., Inc.
69 Delaware Avenue, Suite 900
Buffalo, New York 14202
(716) 856-4200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA TERRANOVA and THOMAS TERRANOVA,

                Plaintiffs,        **AFFIDAVIT OF SERVICE**

vs.                                     Civil Action No:

TOYOTA OF NEWBURGH and
TOYOTA MOTOR SALES, U.S.A., INC.,

                Defendants

---

STATE OF NEW YORK   )
COUNTY OF ERIE       ) SS:
CITY OF BUFFALO     )

      LYNN M. MARKOWSKI, being duly sworn, deposes and says that deponent is not a party to this action and is over 18 years of age; that on the 4th day of February, 2008, deponent served the attached RULE 7.1 CORPORATE DISCLOSURE STATEMENT upon:

      Mitchel H. Ashley, Esq.
      SHANDELL, BLITZ, BLIT,
      & ASHLEY, LLP
      Attorneys for Plaintiffs
      150 Broadway
      New York, New York  10038

at the above address by depositing true copies of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                              _____
                                                              LYNN M. MARKOWSKI

Sworn to before me this
4th day of February, 2008.

_____
Notary Public

          TAMARA R. WEHR
      Notary Public State of New York
        Qualified in Erie County
      Commission Expires June 8, 2010