UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civ. Action No. 08 CV01217

| |
|---|
| CLAUDIA TERRANOVA and THOMAS TERRANOVA, <br><br> Plaintiffs, <br><br> -against- <br><br> TOYOTA OF NEWBURGH and TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendants. |

**_DEMAND FOR JURY TRIAL_**

S I R S:

    PLEASE TAKE NOTICE that plaintiffs hereby demand a trial by jury in the above-captioned action.

Dated: New York, New York
      February 11, 2008.

          Respectfully submitted,

          SHANDELL, BLITZ, BLITZ & ASHLEY, LLP
          Attorneys for Plaintiffs

          By: _____
             Mitchel H. Ashley (MHA 5408)
          150 Broadway
          New York, New York   10038-4498
          Tel.:  (212) 513-1300

TO:  GIBSON, McASKILL & CROSBY
       Attorneys for Deft. TOYOTA MOTOR SALES, U.S.A., INC.
       69 Delaware Avenue, Suite 900
       Buffalo, NY  14202

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     Yluminada Corona, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorneys for the Plaintiff herein.

     That on February 11, 2008, deponent served the within DEMAND FOR JURY TRIAL upon the following:

GIBSON, McASKILL & CROSBY
Attorneys for Deft. TOYOTA MOTOR SALES, U.S.A., INC.
69 Delaware Avenue, Suite 900
Buffalo, NY 14202

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a Post Office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                         Yluminada Corona

Sworn to before me on
February 11, 2008.

Notary Public

MELISSA CASTILLO
Notary Public, State of New York
No. 01CA6071234
Qualified in Richmond County
Commission Expires March 11, 20__10

Civ. No. 08CV01217

UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA TERRANOVA and THOMAS TERRANOVA,

Plaintiffs,

- against -

TOYOTA OF NEWBURGH and TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants.

---

**DEMAND FOR JURY TRIAL**

---

**SHANDELL, BLITZ, BLITZ & ASHLEY, LLP**
Attorneys for Plaintiffs
Office and Post Office Address, Telephone
150 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10038
(212)513-1300

---

Signature Pursuant to Rule 130-1.1-a

_____
Mitchel H. Ashley

---

To:

Attorney(s) for