UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CLAUDIA TERRANOVA and THOMAS
TERRANOVA,

                                       Plaintiffs,

      -against-

TOYOTA OF NEWBURGH and TOYOTA
MOTOR SALES U.S.A., INC.

                                     Defendants.
------------------------------------------------------------------x

**CERTIFICATION OF SERVICE**

Civil Action No.: 08-CV-01217
Hon. William C. Conner, USDJ

    I, Stewart G. Milch, an attorney duly licensed to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York, certify that on the 24th day of April, 2008, I served a copy of the attached *Reply Memorandum of Law for Plaintiffs Claudia Terranova and Thomas Terranova* and this *Certificate of Service* via electronic mail and regular mail upon:

        Robert G. Scumaci, Esq.
        Gibson, McAskill & Crosby
        Attorneys for Defendant
        *Toyota Motor Sales U.S.A., Inc.*
        69 Delaware Avenue, Suite 900
        Buffalo, NY 14202

    The above-referenced documents were also filed electronically on April 24, 2008 with the Clerk of the United States District Court for the Southern District of New York via the ECF system. A courtesy copy of these papers was forwarded via Federal Express to the Hon. William C. Conner at 300 Quarropas Street, White Plains, NY.

Dated: New York, New York
       April 24, 2008

                                                  Stewart G. Milch (SGM 2533)